JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HENRY RUSS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES YATES, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 08-0539-CAS (JTL)<br><br>**J U D G M E N T** |

　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 12, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE